IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CHANCELLOR MANOR, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Nos. 98-39C, 3911, 3912<br>(Consolidated)<br>(Judge Lettow) |

PARTIES' STIPULATION TO VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Rules of the United States Court of Federal Claims, the parties respectfully stipulate to the dismissal of this action, with prejudice, and with both parties to bear their own fees, expenses, and costs.


/s Jeff H. Eckland
JEFF H. ECKLAND
ECKLAND & BLANDO LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, MN 55402
Tele: (612) 236-0160
Fax: (612) 236-0179

/s William L. Roberts
WILLIAM L. ROBERTS
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Tele: (612) 766-7000
Fax: (612) 766-1600

Attorneys for Plaintiffs

August 8, 2008

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

/s Kenneth D. Woodrow
KENNETH D. WOODROW
TIMOTHY P. MCILMAIL
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-0513
Fax: (202) 614-6979

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 8th day of August, 2008, a copy of the foregoing “PARTIES’ STIPULATION TO VOLUNTARY DISMISSAL” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Jeff H. Eckland